#4        15BH/BSC

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

**RECEIVED**

SEP 0 4 2018

**CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA**

William James Ackermann
Sons of Mental illness
Civil Rights Judge advocate

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Ted Dallas - Marc Cherno
Angel Cruz - Gini Divilopanno

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 18-1169

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☑ No

*(check one)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *William Ackerman -Pro Se*
Street Address *700 9needler Road apartment 912*
City and County *Pittsburgh   Allegheny*
State and Zip Code *Pa   15436*
Telephone Number *(412) 923-8193*
E-mail Address *williamjamesackerman246@gmail.com*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name *Ted Dallas*
Job or Title
(if known) *Secretary of Human Service*
Street Address *333 Health and Welfare building*
City and County *Harrisburg*
State and Zip Code *Pa   17120*
Telephone Number *(717) 787-8307*
E-mail Address
(if known)

Defendant No. 2

Name
Job or Title
(if known) *Secretary of the drug and Alcohol Program*
Street Address *803 Health and Welfare building*
City and County *Harrisburg*

2

State and Zip Code _Pa  1710_

Telephone Number _(717)_____

E-mail Address
(if known) _____

**Defendant No. 3**

Name
Job or Title
(if known) _Mare Cherry - the Boss of the Pittsburgh office of human Service_

Street Address _One Smithfield stret_

City and County _Pittsburgh  Allegheny_

State and Zip Code _Pa  1710_

Telephone Number _(417)973-8193_

E-mail Address
(if known) _____

**Defendant No. 4**

Name
Job or Title
(if known) _Chair - Angel Crun - Gene Gicilono Pa House on Human Service_

Street Address _528E Box Main Capitol_

City and County _Harrisburg_

State and Zip Code _Pa  1710_

Telephone Number _(714)787 - 1907 - (717)783-7819_

E-mail Address
(if known) _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*under the American with Disabilities Act - 42 U.S.C. 1201 and the discrimination under law, Pa Constitution and the U.S*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* William Ackerman is a citizen of the State of *(name)* Pennsylvania.

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* William Ackerman is incorporated under the laws of the State of *(name)* Pennsylvania, and has its principal place of business in the State of *(name)* Sons of Mental illness

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* Ted Dallas, is a citizen of the State of *(name)* Pennsylvania. Or is a citizen of *(foreign nation)*

4

b.   If the defendant is a corporation

The defendant, *(name)* Ted Dallas , is
incorporated under the laws of the State of *(name)*
Pinnsylvania , and has its principal place of
business in the State of *(name)* Human Service. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I am seeking to rewrite wrong and
any legal fee's /
_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

I have been discrimination and refused the
job of patient Advocate and discrimination
in Hud Housing and unfair treatment
in everything /

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To open jobs, to change the law, to fix what is wrong, to change State funding into State investment as the Patient's are the investment, to make things fair and we as Patient's can change things.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  9-3  , 2018

Signature of Plaintiff        William James Ackerman

Printed Name of Plaintiff    WILLIAM  JAMES  ACKERMAN
                             PRO SE

**B.    For Attorneys**

Date of signing:  9-3  , 2018

6

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Address                        _____
Telephone Number               _____
E-mail Address                 _____

The Federal Court

William James Ackerman

200 knoedler road apartment 912

Pittsburgh PA 15236 (412)923-8193

The case of the patient's under the rules of the laws and regulations regarding the patient's under the control of state

funding and the no enforcement by any of the state officers in the mental health programs and the mental health

workers who committed crimes against person with a mental Illness as I will show that there is laws and Mr Theodore

Ted Dallas and his State officers have not enforced or done to prevent the segregation of the patient's in the state of the

codependent where they have been treated as job security not to bring the truthfullyness of the training of the patient's

to be able to get job's and to open the office of the human service to the opportunity to success in the workplace as a

fact not when they feel like it but I said this day we must stand up and tell Mr Theodore Ted Dallas I am more then my

diagnosis that I am not stupid by I AM a person who by accident of birth or otherwise have a mental Illness which I was

hobbled in chains of psychiatric slavery where I was never supposed to succeed but those days of locking up the

patient's forever is gone now Mr Theodore Ted Dallas what are you doing today to better understand the situation of

each of the patient's, then what are the plans for job and training for each patient, now Mr Theodore Ted Dallas and his

State officers have been doing in the office to open opportunities for the patient's to go from treatment to work as a

team to change the mental health workers into teacher of the patient's,

1.What is the failures of opening the court doors to the office of the patient's advocate for the patient's to have the

opportunity to work with the court to rewrite the wrongs which are being ignore by the state officers who are in charge

of the enforcement, then to destroy the criminal enterprises and racketeering by Mr Marc Cherna and his State officers

which are a part of Mercy fellatio services and other sex acts which they have been conducting in Allegheny county for a

long time now,

I have seen many things which are under the laws which are not being enforced by any of the state officers who are in

charge of the protection for the patient's,

William James Ackerman

200 knoedler road apartment 912

Pittsburgh PA 15236 (412)923-8193

The civil Rights judge advocate

       V.

Mr Thoedore Ted Dallas- secretary of the department of humann service

333 health and welfare building

Harrisburg PA 17120 (717) 787-8307

The department of drugs and alcohol

903 health and welfare building

Harrisburg PA 17120 (

Mr Macr Cherna The boss of the Pittsburgh office of human service

One Smithfield street

Pittsburgh PA 15203 (412)350-5705

Mr. Angel Cruz-Gene Digirolamo

Pennsylvania house member on human service

528e main capitol building

Harrisburg PA 17120-2180 (717)787-1407-(717)783-7319

The patient's case

This case controversy's arose because of the inabilities of the Pennsylvania house member and human service and

Allegheny county lack of control over the mental health program with no enforcement of the statutory and the

constitution laws which govern the patient's,eer

Then the state cuts into the programs which hurt the patient's, it's was about ten years since the closing of mayview state hospital the day of liberation of the patient's, now the question is when the state officers who are incompetent in positions of power than the state has the never enough to then said we need to balance the budget, now to find the truth of the matter of the patient's to become full citizens, if the office of human service and Mr Theodore Ted Dallas can't show how many patients are tax-payer citizens, to find the balance in treatment and job training as a way to fix the budget, so this why I have taken the position of Mr Theodore Ted Dallas is or with his officer under him which this means he committed HIGH CRIMES and misdemeanors which would be a need to remove him from his office, I see it as a fact that all his officer under must know the laws, which is another problem I see is that Mr Theodore Ted Dallas never cut any of the state officers jobs but they want to cut mental health services, which I do see a problem with how those services are run, which they have created a state of emergency in the patient's as being codependent to the mental health workers as their job security,

Which I am not asking for reputations but what I am asking is for jobs, so to go forward from being psychiatric slavery to being fully emancipation the patient's should have the opportunity of the best mental health workers and to the program's as a fact, which the state should change the state funding to state investment where the state money would be used for the training of the patient's in anyway it can, which any cut off of money would be considered as a betrayal of the patient's of the state responsible of keeping the patient's safe from harm, which is at the core principle of the state investment, which is also to change our own attitudes of the patient's and how we conduct business in the state of Pennsylvania, and the great need in changing the laws which govern the patient's from psychiatric slavery laws to being 2018 are independent rights as they are undata now, we need to have at human service a office of the patient's advocate which works best for the patient's, can be coexist with what is changing in the world around us,

Then the question is raise is a need to change that the mental health court to go from the rules of the 1976 to 2018 where the Pennsylvania constitutional said we are guaranteed right to have the opportunity to having the court open but for the patient's this isn't ture, now the court only hears case about 302 commitment but we as patients or patient's advocate cannot bring a case to challenge the conduct of behavior of the mental health workers and the program's,and any other concerns about the treatment of the patient's, which what we have is a very powerful oligarchy with no fears of the rule of law as the checking function by the court to stop abuse and neglect before they become so out of control where no one knows what their job is, now if the mental health Court said their only job is 302 commitment do this violent my constitution rights, which is important me when the court makes sure a person isn't a threat to himself or other, but what I am saying is that we need the court to do more, so this wouldn't create deprivation and harmed which is continuous in nature, which is inequalities of Justice's as it stands it is in violent of the 14th amendment which said we

have a right of equal protection of the law, the right to seek justice as a prophylactic rules of the fairness under the rules of the laws to be realistic not when the state feels like granting those rights, when will it be available for all patients to be granted the right of full citizens, which I have seen for to Long as part of the social pariahs which I have been their to see the rise of the psychiatric slavery then I seen the fall of psychiatric slavery then I seen the day of liberation and now I see the state of codependent as the problem of today,so I know the failure of the state first hand, now with the state officers incompetency and also from their leadership of the office of the Pittsburgh human service, now no one in is taking responsibility for their actions with the mental health program who are out of control, which I have seen the state officers treated the patient's like they are inferior but what I do know is that they are intelligent just need the right teachers who are the mental health workers, with the right leadership from human service we can end the fellatio services and other sex acts now as a matter of law,(18 PA.c.s.a. 3121 section five);

The right to learn is very important to us as patients who have very different skills set's as should be todd in every program,

The question is how do we get the keys of opportunity

What are the citizens rights from psychiatric bondages of slavery to being liberation, now what are the duty of the state to make that happen,I have been asking the question of the day is wonderful to find the answer to the question is the difficult to answer is why is Mr Marc Cherna and his state officers protect Mercy fellatio services and other sex acts,

1. What is the duty of Mr Theodore Ted Dallas in creating job opportunity for the patient's in the mental health program which is provided funding? Now when we were in mayview they provide us with job training then when the out patient program's took over they never provide the patient's with that opportunities and I need to know why?

2. Now I need to know why did Mr Marc Cherna allow Mercy to misappropriating of state funding of their program which they used a lawyer name of Tucker and Arensburg (1 ppg PL#1500 Pittsburgh PA 15222(412)566-1212), which they need to defend their case again a mental challenge person who was challenging they Mercy fellatio services and other sex acts and they are running a drug ring, so like the Adolf Hitler Nazis did to the Jews by stripping their Right so did Tucker and Arensburg did to me, so why did the state let them use state funding like that?

3. Now do Mr Marc Cherna and his state officers have the power to give permission for them to run their fellatio services and other sex acts, now Mr Theodore Ted Dallas what is your job and policy with enforcement of such behavior? Which now under 18 PA c.s.a. 3121 section five said they are committing felony rape now how would the Pittsburgh office of the human service have such a power to allow them to do that behavior? What is the duty of your office to enforce the Pennsylvania constitutional and statutory laws?

4. What are the citizens rights of the patient's to have job opportunity training?

5. So what has human service been doing training the patients to be integrated in the community?

6. What is the duty of human service under the American with disabilities act as title one as to protect qualified individual with disabilities in job position of opportunities which now under the quotes what has human service been doing to place patients in job's in the mental health program and at human services? Did human service open opportunities for a job center for peer specialist and patient advocate and other? Now under title two which is no discrimination on the basic on a person disabilities in the mental health program, but Mr Marc Cherna has allowed some of those services to discrimination on the basic of insurance and bus pass and not knowing how to obey them and other's,so Mr Theodore Ted Dallas have you done to ensure fairness to all patients? Now they public entitlement which you Mr Theodore Ted Dallas have the power to do something about bad leadership of the mental health programs? Now under title three is a right to public accommodation so now you Mr Theodore Ted Dallas would be able to tell us if a smoke room with all needs met with the H. I.P.P protect for the patient's is that true? Now with the statutory authority under 42 U.S.C. 12101-12213 where

there is no discrimination cluse which you Mr Theodore Ted Dallas have the power to make any changes to the program is that true to? So Mr Theodore Ted Dallas what are the rights to judicial review and the patient's under the Pennsylvania constitutional right of the court is to be open which is under article one section 11 then in acticle five section nine it guarantees the right of all appeal, so what is the duty of the Pittsburgh office of the human service to make that happen?

7.  What are the duty's of Mr Theodore Ted Dallas and the other state officers in creating for all patients rights of equal opportunities and equal justice under the rules of the laws? Now what are the duty's for you Mr Theodore Ted Dallas and your state officers to preserve, protect and defend the Pennsylvania constitutional and the laws? What are the rights of the patient's to have the opportunity of procecedural due process then what are the power delegating to the state officers to enforce the rights for grievance to be resolved?

8.  Now what have you Mr Theodore Ted Dallas and Mr Angel Cruz and Mr Gene Digirolamo have been doing to extend the rights of the patient's in making new laws?

9.  Now Mr Theodore Ted Dallas what are the rules for the state officers sexual conduct? What are the govern rules of job performance not in their sexual acts but what I do mean is what is the training of how to do their job? Then can you please tell me what are the rules for the state fund program in their sexual conduct and their behavior with the patient's? is their any way to tell me if there is any rules for the state officers in their sexual relationship with the mental challenge patients? What is the policy of human service under Mr Theodore Ted Dallas in creating rules which are clarify and Pacific's where the state officers can understand? Now Mr Theodore Ted Dallas do you have any control over the state officers under you?

10. What is the policy of human service and you Mr Theodore Ted Dallas plans to elevate the patient's to full independent where they can get treated and have the opportunity to work now which is under their points of interest now what is being done? Can we said Mr Theodore Ted Dallas if it was changed to state investment you would have more control over the mental health programs? Can we said that state investment is the connerstone of having job opportunity as a way to fix the problem of the state budget? Now we can say that if jobs are provide it would make the patient's feel like they are vital person in society which they where born into as their uniqueness of each individual patients in how they learn and understanding? Now Mr Theodore Ted Dallas have you been doing to make mental health workers into teacher who are being taught in the way of the patient's to their experiences in the what life has to offer the patient's?

11. Since the closing of mayview in 2008 what has been done to extend patients rights of the freedoms into reality as a fact? Now the state funding is met to build the program in the community but I have seen that go other places who check the money? What has human service been doing to open opportunities for a job center for peer specialist and patient advocate and other under the certificates which I see as a level system where the patient's get on the job training so what do you think Mr Theodore Ted Dallas?


The plans of citizenship

Now to find or define the plans of the Pittsburgh office of human service and you Mr Theodore Ted Dallas in the requirements of the American with disabilities act in the job training program of the patient's for the last ten years, now the Pittsburgh office of human service under Mr Marc Cherna and his state officers what are the percentage of the patient's have been placed in job's and have many jobs at human services was made available for the patient's,then what are the requirements to apply for a job at human services, what has been done to open opportunities at the mental health program for the patient's to apply for a job,then what is Mr Marc Cherna and his state officers doing to make the life's of the patient's to be better than the state hospital,

The housing issue

Now making housing more secure for the  is the need for the mental health workers as the teacher, so that they would provide understanding of the laws and regulations and the rules for how to live in their apartment which I have seen as what the need of the patient's with a sense of fairness, see that most patients have the mindset of a psychiatric slavery where they don't understand the meaning of cleaning, because subconsciously this was never a issue because they where always taking care of by the state hospital so their was no need to learn those skills, and when I was part of Mercy community treatment team so I have a better understanding of why the patient's keep their apartment filthy,

Now that are important responsibility for the mental health workers to become teacher so we need to change with the mental health housing program like the codependent system which they run, the need to setup a plan for step down where asto independent with teachers to show the way, where the state money should be spend on teaching, which now the state funding is being handled as a crime in self, so I think I have found a better way of doing business in Allegheny county where the privilege of working is future of the state with the patient's as the taxpayers then their would be no need for state cuts in mental health programs and then this would create honest and fairness across the board, so with enhancement of the patient's from the state of psychiatric slavery to being liberation so now we must change are own attitudes of the mental health patients from being infertor to being a person with a metal Illness who is able to make their own decisions, now with the labeling of the patient's under their diagnosis which is way to show inferior but I have said that we must work with in the diagnosis as a way of improving are self, which I feel we should establish this as a fact,then we need to change expectations to the person who are suffering from mental illness they're still human being as person they can be aspirition to succeed, so we must open opportunities for hope of the ability of the individual patients with the rights of endless possibilities of opportunities which the patient's deserves,

Hud and housing program

Now HUD create a new smoking policy where they are going to make everyone smoke free, which is under their get tough on black people policy or better know as their drug policy of one strike and you are out, so when was granted this policy has statutory authority but when it comes to their smoke policy they have no statutory authority which under the commerce clause which grant to Congress in the U.S. constitution under acticle section 8th clause three said Congress has the power to regular commerce now this wouldn't have anything to do with the apartment's, I said hasn't got the power to tell someone what to do in their own homes which makes HUD policy unconstitutional, now I went to neighborhood legal services when my landlord had enforce HUD's smoking policy where as their helpful lawyer Mrs. Babara Kern said to me I have to obey their rules so when the landlord took me to court she said with the power of HUD's authority they where going to make me sign their smoking policy or they where going to make me homeless, so Mrs. Kern in her legal skills made a deal where I had to sign their smoking policy then about six months later they came back at for interest on the rent which the landlord had returned to me so the landlord could take me to court, as my understanding under the deal it didn't said if I had owed for rent but their was no telling me, so as a honest man I told the landlord that I would pay with my next check but I refuse to pay the landlord lawyer fees, so with the next check I payed my rent that was owed but the landlord said that lawyer fees where the same as owed rent so she took back to the court another time which the magistrate office without looking at my rent was paid then grant repossession order on my apartment then I had file a late appeal which Mrs Barbara kern want to argue the case which the court wasn't happy about, which I feeled I was being treated unfairly by the judge he asked the landlord lawyer to came by his chamber because she is very pretty, then the case was granted by a way of a complete about the judge, which I was told that Mrs Barbara kern had to be their and she had to write the appeal, she showed up for the case but she never wrote the appeal,

Now when I was going to file a case against HUD they said my question about their smoking policy was that now they where going to make sure the smoke policy doesn't apply to me, so now you have no legal standing in the court, which my complete is what I had told Mrs Barbara kern which are my rights under the laws,

The u.s

The U.S Constitution law

The first amendment for freedom of assembly which under Stanley v. George the court hold that a person is protect in their sensations which the state of Pennsylvania has never made any law that said everyone cannot smoke in their homes;

The third amendment which is the intention of the founding fathers to make the home private which is Incorporated in the Pennsylvania tort law of intrusion upon seciusion which any violent would be considered as to the interior of the home;

The fourth amendment is to protect the curtilage of the apartment from unwanted seach of the interior of the apartment which HUD create a guilty by sniff test;

The eighth amendment to prevent HUD from commitment of the abuse of power which they have the landlord to enforce their will on the poor and vulnerable;

The nineth amendment is the right to private and a right to be let alone,

The tenth amendment which guarantee for the state to make and enforce its only laws, now I have found in the state constitution in acticle ten which makes all business obedient to the constitution, so that means if HUD want to do business in the state of Pennsylvania it must obey the constitution,

The fourteenth amendment said that if Congress didn't enact a law which would make everyone smoke free by saying we can everyone is ban from smoking in their homes, now if Congress has done that then HUD would be violators of the equal protection clause,

Now I have believe that this show HUD has a Jim Crow policy on smoking which the state and Mr Theodore Ted Dallas and his state officers hasn't made a standard to protect the encroachment on the patient's rights, or has the Pennsylvania house member made a stand to protect the poor and vulnerable, we must change the way HUD conduct it's racial policy in the great state of Pennsylvania, as are forefathers did before us,  now as Pennsylvania citizen it would be my duty to do so, we must guard anainst any impairment of equality of the people,

The racketeers of Allegheny county

When came to Mr Marc Cherna and his state officers of Pittsburgh office they have been the protection for the mental health programs crime Acts and Behavior, when I was at Mercy they run Mercy fellatio services and other sex acts then they would pocket some of the medications which they passed out which where the opium base products which they have patients who are street guys which Mr Marc Cherna gets a piece of the actions, now under Mr Marc Cherna protection they have created a criminal enterprises which is why they have hired very incometent state officers to performance the duties of the state, which they act very ignore or as prostitutes, now these are the same state officers who oversee the mental health program, this would explain why the program like Mercy has been violent the 18 pa.c.s.a 3121 section five, then this is under the stature is so important that they pay Mr Marc Cherna protection money or

other favor, so they can run Mercy fellatio services and other sex out of the south 9th Street office and other places where they conduct their business, now I'm sure that they are doing business with all of the place who get state funding,so who would complain about them they like sucking on patient's Jimmy's then who would but say to you this day that I am a moral patient and this supposed to be a moral program which I can never tolerate in are purifier republic,

The power of the court

In the Pennsylvania mental health court only does 302 commitment but they have been refusing to hear any cases of abuse of discretion and other things which are important,

Then the problem arose when I had challenged Mercy fellatio services and other sex acts so with the supervion of human service state officers to deny me services they deny me a right of the third person arbitrary which is the duty of human service to provide to the patient's,

So I went to the south side Magistrate's office which he told me wrong jurisdiction that I had to go somewhere else, then Mercy Mrs Megan Herman said all we have to do is give the judge a sexual favor then we always will win,

So I went to the prothontary's office of the Allegheny county court where I had filed a appeal then I went in front of judge Robert J. colville he was very hard on me, then I had found out in a meeting with Mercy that they had a lab top which was a movie of judge Colville being spanked and told what a bad little boy he has been,

Which I went back to the prothonotary's office then ask for appeal which they give me a hard time, so I went to the Superior Court pothonotary's office which send me back then I was granted the appeal,

Then I went down to Mercy South Street office where I told them that I have appeal they said they win so they called the police and said I was trespassing and if I didn't do what I was told they where going to take me to jail then said Merry was doing Mercy fellatio services and other sex acts then he told me Mr Marc Cherna give his blessings for them conduct the procedure of just pull it out and show to them and they would take care of your Jimmy, which I went to jail for a day then my court date is set but only

Merry who was my treatment team at hat time show up but those who accused me of trepass never showed up for all three hearing which the office said they found a rule where they just need the police officer then a funny thing happened with the public defender is that he told me they do cases on fly which means he never read the case but he told me I should plead guilty to the charge but I told I want to plead my case under the Durham rule which he never heard of, so the case went forward and when it was my turn to speak I told the judge I want plead my case under the Durham rule then judge I win I didn't need the public defender at all,

My next was at traffic court which the judge was very hard me the person who was from Mercy who their to help me was their to get a court for me not to go down to Mercy every if I was having a hard time with my mental Illness, so Mercy has been making up voluntary homosexual encounter where they have stated that they was some kind of sexual relationship between me and a staff members, which I had told the Mercy is talking about a felony rape then the court granted a court order where I have any questions of mental Illness I wouldn't be able to receive services, then the court refused me a right of copy of that order which lead me to say something  stupid to court,

Now over the years they had called the police on me six or seven times for me protesting Mercy smoking policy which they feeled it was they job and what they said was they where going to teach me my place so they tried to have the police to do intimidation now they told that Mr Marc Cherna give them permission to use the Mercy fellatio services and other sex acts and he has the power to suspend criminal law which I know that even the. President of the United States doesn't have that power,

Now I need to find out why is it so that they are allowed to commitment felony rape with no fears of going to jail, what I do know is that one of the da officers who is under Mr Steve Zappala,

Is a former Mercy board member Mrs Jennifer Pierce who was on the board for many years before she left, but I believe that she is the one who set up Mercy fellatio services and other sex acts which she had control over, she was thinking the patient's wouldn't every say anything but she is wrong,

Now Mr Theodore Ted Dallas have you been told about what I have been doing to set the record straight for the last seven years now, by law you would have to do something to fix these great wrongs, which the mental health program's have as the Enterprise which is under Mr Marc Cherna control has been entity's for more then just as a nonprofit organization as they present themselves, which they engaged in the common purpose of conduct to defraud the state of mental health services, which now would be under honest service fraud of Mercy fellatio services and other sex acts and running their medication fraud of the services of being honest mental health workers, which this is under the authority of you Mr Theodore Ted Dallas so now is the cuase for the state of being treated with respect and love stuck as having a caring for all patients and person with understanding of the truth no matter what the answers are,

Now it took the case of pennhurst state hospital for the state genius to set in for them to create out patient program, which where when mayview closed it was to be a safe place for patients to have a safe harbor as a way to keep the community safe if the patient's where having mental health symptoms where they can do both as a safety apparatus, and these programs are met to teach the patient's with services for the individual patients, I do believe that they didn't understanding that the patient's would need to be show the ways of cleaning not to embarrass them for lack of knowledge,

The department of human service should have never create a system of codependent as the way of keeping their job's, but I see this as a conspiracy which is under 18 U.S.C 241 as a act to take away mental health patients rights, which the do said if two or more person it would be a conspiracy, with any action of a injure, oppress, threatened the free exercise or enjoyment of any right or privilege that is secured to the patient's under the U.S constitution and the federal laws, that would mean any person violent would be committing a felony charges,

Now I have found the same meaning in the Pennsylvania constitution as the state officers are at this standard, so any oppress authority by Mr Marc Cherna and his state officers of deny rights to the patient's by their own acts of malicious and mischief conduct or other acts towards the , and also abuse of power would all be under 18 U.S.C 241, which would always be breached the trust of the care of the patient's under the part of human service,

Now for Mr Marc Cherna sexual gain or as a financial gain in the services sure as Mercy fellatio services and other sex acts he has created a problem one of a world of sexual exploitation of the mantally challenged patients, now this must came to a end as the beginning of the state investment,

Now in are fourm of republic democracy we the people have a duty to defend are rights or the group rights which is the checking function is in place which is that we hold these truth to be self evident that all men are created equal in are purifier republic that with those who are intellectual freedom fighters who live and die to make this so, that what they do to make are republic democracy for what they believe in to be true for everyone as a fact,

Now I have seen that Mercy Megan Herman is willing to do to protect Mercy fellatio services and other sex acts, now they had tried to induce pychosis, psychopathy and foria which is their goal and to make other look stupid by making up story about me and something like sexual acts to make them look good but I said they are lies which they like telling,

I have experience in the Mercy housing program at Baldwin which they did a 302 eviction which they took me off of my Seroquel which they call baby heroin which are the side effects, you feel very terrible if you miss a dose, so that how they got them to think I was doing bad but they are apart of Mercy fellatio services and other sex acts which they call it late night, which they are willing to protect at all costs and do horrible things to anyone who opposes their authority,

When I was with Mercy community treatment team at south 9th Street office they where running a grerrymandering scheme with the supervion of community care they said the state told them they had to put together a patient's board which they told Mercy to pick who the leadership is to be but I understand this to me that this would call for election now community care was to put together a voting board so the patient's can run for the patient's board, to setup bylaws and training the patients how to do legal research and learn how to better advocate for the issues of the patient's not what Mercy tells them to say which I have made a stand for open opportunities to be on the patient's board,

The open free election for the patient's board and how do it,

1. That the Pittsburgh office of human service is to setup a patient election board which their member of the nonprofit organization that are working for the patient's, now the rules that govern the board will have a standard of fairness, b.that the patient's are action member of the program and are positive role model and who stand for patients rights, c. Is the integrity of running for the patient's board, d. Is the patient's being independent thinkers to form a vision of how they are going to change or fix the services or the program, e. Then set up a day for the patient's election for the patient's board as to know who the patient's who are running they should be provided with better services with honest and fairness then set up a time to write the record of patients who can vote and has voted,

2. Then how board is setup is 1. The president 2. The vice president 3. The treasurer 4. The secretary 5. The chaplain or a elder stateman or other, where they would once a month with the other patients to setup camaraderie and purpose for all patients voice are contribution to the change of program to make those services better and the best,( that the board is govern by the Robert rules of order,)

3. Then their would be a need for funds from human service for the patient's board, for the need for supplies or other,( I think that fund should be around $100. Or $150. Dollars on a month basic) I have been thinking it would be a great honor if they would meet with the state, then this will teach he responsibilities of turning over receipts at the end of the month to the state officers, a chance to budget the books and to be able to keep the books to be open for the patient's of the program,

4. I have seen that the patient advocate office as working with the patient's board to setup bylaws or constitution, the patient advocate being able to teach how to do legal research where it's important to know the rule of law then it would be great to know the law library, in working with reading writing and understanding,.

This is what the state told community care any thing less would be insulation my intelligence, I think they understand as in the way of a communist system where those liberties suppended, so is why I wrote this out for community care to know how democracy works and the individual person contribute and participate which are the ingredients for the freedoms which every American cherishes, to always being open minded and work to give better to the patient's,

Now we must been our energy to rewrite these wrongs for the state and community care

The second part of the questions

1. Now what would constitute a violation of the constitution and the statutory by which the secretary Mr Theodore Ted Dallas should know of the actions of the state officers who are under him? B. Now that it could be considered as if Mr Marc Cherna is one of the biggest racketeers in Allegheny county now Mr Theodore Ted Dallas you would be responsible for that? C. Now I need to know what are the checking function by you Mr Theodore Ted Dallas over the Pittsburgh office? C. What have you Mr Theodore Ted Dallas been doing to enforce the patient's rights like the rehabilitation act of 1973 and the developmentally disabled assistance and Bill of Rights and the American with disabilities then the secondary laws?

2. What is or there is under the minority group protection clause for the human services office and the state officers under your leadership by you Mr Theodore Ted Dallas doing to correct the in difference between the

mental health programs and the services that we have been receiving would always be on equal terms no matter where the patient's would get those services?

3. Now it has been said under the Olmsted v.llc that under title two of the Ada which required to have a right for the patient's to have a freedom of chose to be placed in the community program's where they want to be at, now Mr Theodore Ted Dallas what have you been doing to improve those services and job requirements into as teaching the skills need for life to the fullest extent of the patient's needs? Now Mr Theodore Ted Dallas what have done to end discrimination of the individual patients?(42 U.S.C.12101 a2-5)

4. Now Mr Theodore Ted Dallas have been doing to ensure that the patient's boards and the patient's themselves a right to be on a candidate or as voter? Have you Mr Theodore Ted Dallas done anything to set up patients election board?

5. Now I need to ask what are the job requirements to become a member of the human service? What is the human service Mr Theodore Ted Dallas requirements of the patient's to seek a job under the Ada and the other? Now what is the human service and Mr Theodore Ted Dallas doing to provide opportunity in affordable housing and programs then what kind of help do your office provide when issure ariase? Then what are the mental health services doing to fix any housing problems? Is ture that you Mr Theodore Ted Dallas make the rules and other regulations regarding how or who can get a job?

6. Isn't true that you Mr Theodore Ted Dallas have set up the certificates for peer specialist but not for patients advocate and other jobs in violation of the Ada and the Pennsylvania constitution aricle one section 26th which is a no discrimination cluse which you can't discrimination again anyone including the patient's? So by law you are to provide safe groups and groups room's to the patient's which at Mercy they have around three groups room's for 350 patients now can we said Mr Marc Cherna job is to ensure that the group room's are inspection and report of the safety and security for all patients so what are those reports and the results have been?

7. Isn't true that you Mr Theodore Ted Dallas have been doing a cover up on the behest of the state legislators Mr Angel Cruz and Mr Gene GiGirolomo for their part of Mr Marc Cherna criminals actions and how he is a part of Mercy fellatio services and other sex acts? Isn't true you Mr Theodore Ted Dallas and your superiors have created a biased in the Pennsylvania court where a patient cannot advocate a case to challenge human service Mr Marc Cherna for racketeering and other criminal enterprises business which he has conduct in Allegheny county and you Mr Theodore Ted Dallas have benfit from those acts? Isn't true that you Mr Theodore Ted Dallas as your duty to change any unforeseen circumstances that could be considered as a unfair practice again the patient's? So you have the power delegating the state rights to the patient's? So we can say that you can put state officers and mental health workers who break the laws into jail and if you don't you would have to be removed from office for failure in your duty's and responsible for the care and of the state funding which you would have reports on what and how much money is being spend on the patient's which you would know if their was completed with the Ada quote system where there are to be placing patients in job opportunity? What have you been doing to extend the deadline for the Ada?

8. Isn't true you Mr Theodore Ted Dallas enforce the rehabilitation act of 1973, the developmentally disabled assistance and Bill of Rights act of 1975,and the American with  disabilities act of 1990 which the rules are enforce in every program which every state officers can directly reports to you or if there is any possibility of getting problems or issue in those countries, so can say that you get these truth reports from all the state officers that would consider as you having positive control of the country now if you didn't that could be considered as a constitution felony of all laws?

9. Now isn't ture that you Mr Theodore Ted Dallas report to the Pennsylvania house on human service on human services which the members are 1. The chair Mr Angel Cruz 2. The chair Mr Gene Digirolamo 3. The secretary Mr Eric R. Nelson then the board members 1. Mr. Alexander t. Churlton 2. Mr Bud Cook 3. Mrs Michael n. Corr 4. Mr Cris Dush 5. Mr Jonathan Frin 6. Mr Richard Irvin 7. Mr Aaron D. Kaufer 8. Mr Thomas P. Murt 9. Mr Clint Owlett 10. Mr Eric Roe 11. Mr Justin J. Simmons 12. Mrs Tarah Toohil 13. Mrs Judy Ward then there are the minority

members 1. Mr Jason Dawkins 2. Mr Michel j. Driscoll 3. Mr Stephen Kinsey 4. Maureen E. McClinton 5. Mr Dan L. Miller 6. Mr Mark Rozzi 7. Mrs Michael H. Schossberg 8. Mr Brian Sims 9 Mr Warren Perry,

Now Mr Theodore Ted Dallas are these all the names of the person who you take orders from, so did they ask you at sometime do and act in a dishonest woy or act then have you have had a need to question the which where give to you?

10. Now isn't ture Mr Theodore Ted Dallas you would know about the cases of 1. Mercy behavior health 2. Mr Marc Cherna and his state officers 3. The health department and other; then the other six supplement cases which I have raised the questions of integrity, honest, trustworthiness and ignorance of Mr Marc Cherna and his state officers and their collision  practice with Mercy behavior health Mrs. Megan Herman and her mental health workers as their sexual conduct of the Mercy fellatio services and other sex acts and how they run their medication and how they are pocketing the opium base products for resale get street value then the codependent system under Mr Marc Cherna and his State officers and their job performance as prostitutes Institute where they have put word blow as a job description now did you Mr Theodore Ted Dallas know of this and what did you do as of right now to correct this indifferent to do enforcement of the laws? Then now show us that write documents as your duty's of your office? Now did the Pennsylvania house member who are on human services board give you a copy of the Herman act which I had written and then faxed to chairman Mr Angel Cruz and the other chairman Mr Gene Digirolamo which by law should have given you a copy in 2016 isn't that ture? Now Mr Theodore Ted Dallas can you say that you would have to setup rules dealing with mental health sex offender's under the Herman act to enforce 18 PA.C.S.A. 3121 section five that is in your power to enforce isn't that ture? Which under your authority it would be job to protect the patient's because of every if sex is volunteer as orals, vaginally or in the ass it still would make the patient's incapable of consent isn't that ture to Mr Theodore Ted Dallas and you would have done something about it because of excellence reporting by your state workers so it's that ture? So we can say that the ball is in your court?

11. Now Mr Theodore Ted Dallas is your standard on the ignorance of the law defense by Mr Macr Cherna and his State officers when asked questions? What are the protection for the patient's when Mr Marc Cherna and his State officers claim Ignorance of the law,

12. Now Mr Theodore Ted Dallas to the best of your knowledge over the past seven years of investigation have anyone reports of Mercy fellatio services and other sex acts and their other activities surly know would have known what is going on in human service which is under your leadership and control isn't ture also? Do you wish to explain your answer in a legal document for us to see how you deal with this matter? Do you want to show your policy and how you enforced it upon your state officers? Don't you want to do everything in your power to resolve this matter of law and the fact as is state by your office? Now you would like to show us for the last seven years now and I have seen no change but would like to show what you have done is that right Mr Theodore Ted Dallas? If any complain came to Harrisburg you would review them isn't that ture? Now you would like to show what has been done by you to provide training of Mr Marc Cherna and his State officers now you would teacher the laws to them?

13. You have done everything to protect the patient's isn't that ture? The minority members of the mental health programs which would be govern rules from you Mr Theodore Ted Dallas is that ture to? So we can say that you are the one responsible for anything that is wrong in the mental health workers and the program's isn't that ture to? I have seen the faces of evils and I have known the difference between right and wrong now do you understand that principal rules of the laws?

The rules that govern special circumstances for this case

1. A patient rights under the rules of the laws, shall always be protection by the court to hear a patient case which is bring to them should be handled with careful and care, which the Pennsylvania court didn't do a very good job at all, which they said I had to write lawyer to have my case heard, which I see this as a violent of the

Pennsylvania constitution in acticle one section one that says the power in the people to have a right to stand up to power that are great then you which means to me that the Pennsylvania court is to act with fairness and honest as the check of the power of the major who over steps their authority over the minority members of the group who's rights where violent,

Now under section 25th which Grant's and the power delegating to the people which from time to time would need to check the state power which sometimes are the state officers who have over steps their authority which needs to be balance in the power, now the Pittsburgh office of the human service Mr Marc Cherna and his state officers have created a new problems with the balance of the power by them not provide any appeal process then said they can deny to anyone the rights of the appeal which I know they don't have that kind of authority over the mental health patients which I know they are to provide to the patient's not what I don't understanding is why Mr Theodore Ted Dallas can allowed him to deny me and anyone else the rights of the appeal, now I have found this right also in section 11th which opens the court to all not when Mr Marc Cherna and his State officers feels like granting those rights to me or do I have to wait for my children or their children children, when is the time right for freedom,

Now under the Pennsylvania constitution aricle one section 26th when the Pittsburgh office of the human service Mr Marc Cherna and his State officers have a practice of just providing for peer specialist but have nothing for a patient advocate or other jobs for the patient's which I see this act of open discrimination on the mental health challenges with a malicious intended to do harm to the patient's and the programs which are under state funding,

What has created a new need to change how we do business with the mental health workers which are in need of leadership and to be teacher,

As a new ways are to be made so we would need new ways in how groups are being taught, so that the community treatment teams must be changed to community integration treatment teams where patients are treated as individuals under a treatment plan for themselves and to fix all issue's of the patient's, then be placed in job's of individual interested and have on-site training for all the patient's who works to get to the next level of treatment,☻

As the need to get better smoking room's as under the Ada requirements for the programs to provide those for the patient's,

Which have seen a great need for human service to open the office of the civil Rights judge advocate for the rights and the laws to have enforcement as a fact in Allegheny where the programs would have to obey the laws or their would be punished for breaking the rules and regulations regarding the laws and are Pennsylvania constitution with all fairness to everyone,

The civil case that raised the questions that has created a disability into the Pennsylvania court

By the Pennsylvania court having a mental health court that only hears cases about 302 commitment not in the enforcement of federal and Pennsylvania laws then the U.S and Pennsylvania constitution which has protection of the patient's and the govern rules which is a on going problem with the mental health court is that the only question that is allowed is to answer is if a patient's are a threat to themselves or other, which I came to found out is how the mental health program's have been out of control with no rule of law, which they have been a law upon themselves which I know for myself that if you get out of line they will try to teach you your station in life or they do horrible thing to you, it is always with the help of the state officers to enforcement of their sexual laws which they play down with Authority, which there is no right to a third person arbitrary which is provided in Allegheny, which the Pittsburgh office of the human service Mr Marc Cherna and his State officers rule with a iron fist which they take care of Mercy because they run Mercy fellatio services and other sex acts and other criminal activities in there enterprise which is under Mr Marc Cherna, which all this has insulted my intelligence, actresses so many felonies from Mr Marc Cherna and his State officers and no fair of jail or police officer to

enforce the law which that kind authority come from State, which now I charge them with crimes again person's with mental illness, from their own history to have shown the treatment of persons with mental illness with malicious intent of mental and physical and mental abuse which is under bucks v. Bell which the Supreme Court held people with metal illness which the Great Oliver window Holmes said a third generation of imbecile are enough which assured in the Holocaust which we had her own by the crocheting procedures that was done by the State Hospital switch the patient count was around 60000 patients were there last now this doesn't count-the lobotomy which the state Hospital did until the early 1970 and the last sterilizer of the patient was in Seattle Washington in 1985 which was the last sterilize station which was outlawed in 1943 by Felix Frankfooter in a chicken case with the court said that sterilize of the unfit was unconstitutional but the state hospitals didn't obey court order which they have made them feel about the law, now in case of pennhurst and brownville which is two of the worst hospitals where right here in the state of Pennsylvania which are famous for past of abusive and negligence and bad treatment of the patience with continuous malice intent again person's with metal illness where and have been treated like lower intelligent person which is why they always be a need to sue the state because of failures of State workers and state officers who themselves are the greatest violent of the patient's rights, and there greatest failure is not seeing what is around them which is the problem of the programs for which they have created crisis of the duties under the Americans with disability Act and the other laws which covering the patient's under the impression that the right and laws are to work for them, which now we as patient wish. To ask for reparations but for job as a fact as reality and as right now so we could work for  a better Pennsylvania to fix the budget problem and to have the patience be the taxpayers of the state, in the 1920 the state generosity was that a patient could build his own coffin before I pick lobotomy which it didn't work out the state would give them a tombstone with a number and no patient's name which are still their today which when state Hospital where sold they where allowed to sell the graveyard which still have the name of the state Hospital which they where at, to understand the state pass behavior is to understand what they are doing today so it's time to end all bad behavior with the mental health programs that I have been trying to bring the truthfullyness of the way the state officers and the mental health workers are violators of the law and someone has to bring them before the law so they can take responsibility for their actions and to bring honest with hard work as the keys to open new doors of opportunity to get better knowledge and wisdom and to get the books for the patient's to find the better tomorrow and as we work together on this new ideas of state investment of the patient's where we move from inferior to a person who is dedicated to greatest as in learning environment for better understanding the situation with your in and having the teacher to show you the tools of life and as a new ways of doing a job, only with the help of the teachers who are also mental health workers and state officers to better understand of rules and regulations regarding the patient's so they better inform the patient is a good idea for them to understand what the state wants them to become a member of the society which under good gifts for life as well as you make things easier in you is when understand how hard life is, which in lessons for the mental health workers can teach the patient's as they take their journey,

As my scars of my past which as a patient who has been placed in a straight jacket, being put into restrictions, was placed into inclusionary room, being restrained, Thorazine shuffle with all these act shaped my knowledge of the mental health workers and the program's,


The development disabilities services and facilities construction act of 1975
Under the legislature intended that in order to exercise effectiveness and opportunity to gain meaningful integration competition employment opportunities habilitation service shall also shall provide community Base service with vocational development service, such as to be teaching programs where the patient's can development of reading writing and understanding and how to reasoning skills, where the mental health

workers should always be the teacher of the patient's, by these set standard by their own positive examples as a role model,

Which was the legislature way to reduces the coast those services by placing the patient's who can be able to work as the priority as a fact, as working age patient's with training skills as a new adult pilot program which is under existing law's of section 504 of the rehabilitation act of 1973 as being affirmative action for the patient's to be in the programs,, which these plans where to be incorporated into the mental health programs as the requirements as workable to developed the community Base services into a vocational development services as part of the state cuts in the mental health services which those services are necessary to training of the patient's so that it didn't look like cuts but would look like their was no need for sure large services because so many patients are now taxpayers then the state has done it's job,

Now Mr Theodore Ted Dallas and the great state of Pennsylvania in the out come which is in highest priority on placing patients with opportunities of adult person with a mental Illness in jobs and the mental health workers as the teacher which is tailor made program's,

1. Which includes services to be the teacher of the patient's,
2. The teacher as the design in the services that encourage opportunities to further development of the patient's of the maintenance of employment and volunteer activities or pursue a career with postsecondary education which the programs can maximum the direction of the services which is to increase the patient's abilities and leadership and other necessary skills for the patient's to be full citizens,

B. By Mr Theodore Ted Dallas and the Pittsburgh office of Mr Marc Cherna and his State officers as to have in place a patient employment policy under the legislature intend to the encouragement for the opportunity to employment which is to open all programs under the leadership of the patient's advocate as part of the dreams of employment,

3. Now Mr Theodore Ted Dallas and the state investment in the patient's community based services into the community integration treatment team, which the state can always justifying a investment but can never justify the state funding the way it's now, which they call them Allegheny county contacts which they take no responsibility for the state of the codependent system which is now in place not independent,

The Medicare and Medicaid patient and program protection act of 1987(42 U.S.C 1320b-7b) the enforcement procedure

A improperly filed claim of Megan Herman and her staff by lieing to the state by the claims to knowledge of the mental health workers having sexual relationship with me which they have said to the Pennsylvania court as they made fake and falsely records and documents to trick and deceive anyone who questions of the Mercy fellatio services and other sex acts and their drug operation, so they used with the assistance from their lawyer to put me in a false light so they could carry on with their criminal enterprises as the way they do business in Allegheny county, under theses fraudulent documents which they have present as facts of their case which was false light as character assassination because they didn't have a legal argument, is these are not mental health workers there are whores and prostitutes which Mercy board add blow to their job description which is the standing policy if you pull your Jimmy out they will know what to do but if you want to get help with a mental health problem they didn't know what to do, which is so ture I have no doubts that they are responsible for the 10th Street jumper and the Braddock train ☐jumper, which with my experience with Mercy and seen their own ways of treatment that they will do anything to protect Mercy fellatio services and other sex acts like if anyone say anything about what they are doing they start with mental abuse with such velocity of anger which is very harmful which isn't a good feeling, as I have seen such evils of Mr Marc Cherna and his State

officers which are the on going problem I sure Mr Marc Cherna state officers are mentally retarded or very excellent whores and prostitutes which run human service, so the biggest question is how much did you Mr Theodore Ted Dallas know about your state officers in the Pittsburgh office and did you receive sexual favor for doing nothing, so what is your part in Mr Marc Cherna racketeering in Allegheny county, Now isn't not ture that you Mr Theodore Ted Dallas get orders from the Pennsylvania house members Mr Angel Cruz and Mr Gene Digirolamo to drop off a suitcase of money to the Pennsylvania Superior Court pothonotary's office so you Mr Theodore Ted Dallas and Mr Marc Cherna can continue your criminal enterprises activities without having Mercy fellatio services and other sex to be show how Pennsylvania is being raped out of services and other things which are considering as insurance fraud as to deceive and manipulate to get the money,

The history of the Pennsylvania treatment in the case of pennhurst state hospital,(halderman v. Pennhurst state hospital)
As judge Broderick ruled that segregation of the residents of pennhurst in an institution in which minimally adequate habilitation violented their equal protection rights guaranteed by the fourthteenth amendment,
Under this case create the living conditions standard for the community based services to improve the person with a disabilities on teaching writing thinking understanding and job training in the community based on fixing any codependent behavior which they had learned in the state Hospital which a lot of things where taking care of them, now as the responsible is to destroy the behavior of codependent in education the patient's,

The development disabilities assistance bill of rights act
Now this act allow the patient's the right to make bad choices where the patient's are able to think on their own this is why the metal health workers have to explain why they are acting or why their doing something where the understanding is so important, then I need to know Mr Theodore Ted Dallas when a patient is on a 302 commitment that the hospital which are holding them be able to take away their rights of smoking which is under a civil procedure not a criminal procedure, then this could be considered as a punishment for having suffering from Mental illness, which where as W.P.i.C had smoke room's but then took them out saying they have a right to correct behaviors then they put in mental toilet to make it look like jail so they could take away patient's rights,
Now what is your answer Mr Theodore Ted Dallas do you and your state officers allow the patient's to be able to make their own decisions, then why do you allow their mental health services be the rapper of rights of the patient's,

%100 & The crime of High crime's and Misdemeanors by the office of human service and the secretary Mr Theodore Ted Dallas
1.  The failures to control the officers who are under you- the Pittsburgh office of the human service Mr Marc Cherna and his State officers who are committing felony racketeering of the mental health programs and Mercy fellatio services and other sex acts then they allowed Mercy to misappropriating of state funding by bad behavior then allowed them to use state funding for their lawyer fees where they where protection of the interest which is also Mr Marc Cherna,
2.  Under Mr Marc Cherna as the boss of the state workers are in collusion with Mercy criminal enterprises and activities for the purpose of defraud the state out of services and other insurance benefits,

3. That Mr Marc Cherna and his State officers are committing felony violation of the U.S and Pennsylvania and the statutory laws under their actions of racketeering,

4. Mr Marc Cherna and his State officers in making fraudulent documents which they showed Mercy how to fix the paperwork to the state as acts of crimes against person with mental illness, then the state officers participation in Mercy fellatio services and other sex which is why they get their money for those acts, which some state officers have a need to satisfy their sexual needs then they have special relationship with some of the patient's, the rule is that all you have to do is pull out your Jimmy they would know what to do but if you show them the Pennsylvania constitution and the statutory law they become brain Dead like they are showing signs of being mentally retarded by answering with I didn't know,

5. When Mr Marc Cherna allowed Mercy to misappropriating state funding by hiring the attorney Tucker and Arensburg at one PPG PL #1500 Pittsburgh PA 15222(412)566-1212 to defend Mercy fellatio services and other sex acts, which the Pittsburgh office of the human service Mr Marc Cherna give them permission for Mercy to run Mercy fellatio services and other sex acts, so under laws I brought a case to the Pennsylvania court as a mental health patient, which as a fact that Mercy is a hardcore violators of Pennsylvania criminal law of 18 PA.c.s.a 3121 section five which made Mercy mental health workers as felony rape which as their activities of the fellatio services and other sex acts are a felony, under the statutory even if the act of sex of any kind even if it is volunteer it is still rape because the patient's are incapable of consent where mental health workers are to have hand's off policy which Mr Theodore Ted Dallas is responsible for the rules,

So the court bypassed the question of the felony rape of the patient's which Mercy lawyer did some favor for the court so they said I didn't write like a lawyer so they didn't have to hear the case, so what Mercy lawyer where doing the same thing that the Nazis did to the Jews by strip in there right from them so they did the same thing to me which was their legal strategy to win the case,

Which is why your Mr Theodore Ted Dallas are the boss of human service and are the one who are responsible for the state officers actions and to show your leadership would take that responsible for those who are under you and would want to be holded accountable for any reason of a felony violation of any of the state officers under as part of the job of failures of any of your state officers behavior and conduct you would have to answer for those state officers who cannot control their urges which you do have the rules set in place where you would know of any misconduct by the state officers and you want to know the truth and then remove any officers who do not obey the laws and if you don't remove those state officers you would want to be removed from office so someone who can hold the laws which govern everybody and that no one is about the law and you would this to be shelf evident that you are in control of the state officers under you would have to know the laws and regulations and the U.S and Pennsylvania constitution by heart and be able to stated the statues which govern the patient's and be the protecter of the patient's rights and any failure is you lack of communication and not providing class where the state officers would know the law and you would have a policy in place for the integrity of the office and if you don't then you should be removed from office as being incompetent and Derelict in your Duty, dishonest and unethical conduct of behavior with the state officers, so can we say that it is important that I'm talking to the donkey face not to a jackass who cannot control the state officers under him,

The charges of Mr Theodore Ted Dallas

1. Beings a hardcore violators of the Americans with disability Act
2. Beings a hardcore violators of the development disabilities assistance and Bill of Rights
3. Being a hardcore violators of the rehabilitation act

4. A violent of the Pennsylvania adult protective of adult services act
5. A violent of the Pennsylvania patient Bill of Rights act
6. A violent of the charitable organization reform act
7. A violent of the dishonest act
8. A violent of the Pennsylvania peer review protection Act
9. A violent of the Hobb act
10. A violent of the civil Rights act of 1964
11. A violent of the mental retardation and multiple disabilities act of 1999
12. A violent of the Medicare and Medicaid patient and program protection act of 1987
13. A violent of the Pennsylvania uniform fraudulent transfer act
14. A violent of the Sherman act
15. A violent of the labor management relations act
16. A violent of the public official employee ethics act
17. A violent of the administrative practice and procedure act
18. A violent of the ethics of the government act
19. A violent of the whistleblower protection act
20. A violent of the mental health center act
21. A violent of the federal arbitration act
22. A violent of the consumer products safety act
23. A violent of the public health services act
24. A violent of the sarbanes- oxley act of 2002
25. A violent of the comprehensive employment and training act
26. A violent of the mental health traineeship program act
27. A violent of the mental health system act
28. A violent of the racketeer influenced and corrupt organizations act
29. A community mental health care center act
30. A violent of the no fear training ACT

    A. A failure in providing protect to the patient's under law
    B. A failure in controlling the state officers under him
    C. A failure to control state funding and the program's that receive the funding for the programs
    D. A failure in stopping Mr Marc Cherna criminal enterprises and racketeering and Mercy fellatio services and other sex acts
    E. A failure in controlling the state officers sexual conduct
    F. A failure in enforcing the laws
    G. A failure in 18 PA C.S.A 307
    H. A failure in 18 PA C.S.A 2903
    I. A failure in 18 PA C.S.A 3124-3124.2
    J. A failure in 18 PA C.S.A 8332.1
    K. A failure in 18 PA C.S.A 5902
    L. A failure in 18 PA C.S.A 5903
    M. A failure in 18 PA C.S.A 7507.1
    N. A failure in 18 PA C.S.A 3130
    O. A failure in 18 PA C.S.A 4901-4902
    P. A failure in 18 PA C.S.A 3121 section five
    Q. A failure in 10 PA code 305.019

R.  A failure in 63 PA. P.S 425.2

S.  A failure in 29 U.S.C 701

T.  A failure in 42 U.S.C 9802

U.  A failure in 42 U.S.C 12101

V.  A failure in 31 U.S.C 3729

W.  A failure in 18 U.S.C 1346

X.  A failure in 18 U.S.C 1951

Y.  A failure in 18 U.S.C 242

Z.  A failure in 5 U.S.C 2302b9

AA.  A failure in 28 U.S.C 534

BB.  A failure in 29 U.S.C 794

CC.  A failure in 18 PA C.S.A 2713

DD.  A failure in 18 PA C.S.A 3012

EE.  A failure in 18 PA C.S.A 2710

FF.  A failure in 23 PA C.S.A 6102

GG.  A failure in enforcing any of the laws to protect the patient's which are the duty's of Mr. Theodore Ted Dallas to have responsible for those services that the state officers who are under him is to have hand's on with the state money which the control over the money is the question which is to better understand the situation of services which is the failures area of the state to fix the problem is what they are very bad at,

Which I ask that the Pennsylvania house act to remove Mr. Theodore Ted Dallas for the act of crimes against person with mental Illness and to control the state officers who are under him, the duties to protect the patient's and how the state funding are being used and the program's I seen acts of discrimination from denying services for the reason for insurance then Mercy fellatio services and other sex acts then the Pittsburgh office of the human service only provide jobs to peer specialist but will not open the doors of opportunity to work for all patients on equal terms which they have been doing over the years and no sense of fairness and honest with duty's of being a part of the solution but acts on ongoing discrimination and segregation of me from Mercy programs from speaking the truth as I know it, which Mercy committed a crimes against person with a mental Illness when they put their smoking area right on south 9th Street which took the right of the private always from the patient's which under H.I.P.P said that the patient's have a applied right of privacy which by law they would have to be able to have access to a smoke room with all the necessary services of the room, but then Mercy has given the patient's a choice between standing or sitting in a flower pot, and Mr. Marc Cherna and his State officers have done nothing about the treatment of persons with mental Illness by Mercy Megan Herman and her mental health workers, now I have seen this first hand which is why I was asking the question to the court to fix this great injustice and inequalities of the patient's to end all the wrongs and those that believe they are about the law which we are a land that is dedicated to the rule of law,

Now Mr. Theodore Ted Dallas I have strongly believe that your duty's as a state office it would be considered to have some control over the state officers who are under you and you would have control over the state funding and the rules that govern the state money then you would be accountable for the programs which get the state funding and you would be responsible for making the rules and regulations regarding the welfare of the patient's which the state has intrust with the care and well being of every patient in the state of Pennsylvania, isn't that true,

1. Did Mr Theodore Ted Dallas set up a system that his State officers would know And understand the laws and the U.S and the Pennsylvania constitution and the laws which govern the patient's?

*The First* complaint for violation of civil Rights

The great concerns about the mental health court which is under the mental health procedures act of July 1976 which conflict with the peer review protection act of 1974 then with Pennsylvania constitution aricle one section 1,2,7,11,17,20,24,25,26 then in aricle five section nine then U.S. constitution the 14th amendment as privileges and immunities,

So under the peer review protection act was set up to hear any kind of abuse's and of negligence and other kinds of complaint which is under a committee hearing which was to be incorporated into the mental health procedures act of 1976 , which is my understanding of the state law which is why I see this as the has violent my rights and the other patients rights,

Which I see it as the state want the protection of all patients which is why they create the peer review protection act to be a right to be considered as a fact that they want the mental health workers to be responsible for their actions and their behavior, to have a right to have a complaint where the court would list to them but if the court is unsure it would have the power to delegating a special master or the head of the patient advocate to do a special investigation on the problem which the court would have the power to fix any indifferent and would have the power of reviewing their license, to ensure that all the laws are obeyed by the mental health workers and the non-profits, to be able to allow the patient a right to speak freely without the mental health workers doing something to them,

Which is why the metal court was should be doing by as a failure of the state to obey it's only laws and duty's under the Pennsylvania constitution and the statutory laws is why what they are doing is also a violent of the patient's right to be a full citizens and true independent thinkers, and no patient advocate means that the state respect no law which Mr Theodore Ted Dallas and his State officers Mr Marc Cherna and his State officers only allow for peer specialist and not have any programs for a patient advocate which is to show no respect for patient rights or that the patient's have any abilities or that they are able to think on their own, or be able to learn how to operate under the laws and do legal research then be able to put together a complain of problems which they have suffering from,

Now the must have paper complain system where the patient advocate would be able to file patient fourm of the complain, which would be able to have the case before the mental health court which is the state legislature intended was to have this opportunity to the Pennsylvania mental health patients and the other citizens,so if they see bad behavior they would be able to report it and get results which is why the job of the mental health court is a lot more then just hearing 302 commitment and locking up the patient's it is to provide a safety net where all rights are protected by the court not a kangaroo court which is what they have turned into which the mental health workers use as a way to punish the patient's who feel test their authority over the patient's,

Now is the time to just to enforce the laws which are on the books which I am not asking the Federal Court to create a new law but to enforce the Pennsylvania laws which are in place which is the peer review protection act which was to be incorporated into the mental health procedures act which is the failures of the state to act to

protect the patient's is the question of the day and then what is the will of the court to do in enforcing the law or,

So then I ask the to grant this court order as a matter of law and the patient's right of fairness under the rules of the law,

Part two of the peer review protection act is the integrity of the state investigation into wrong doing of Mercy fellatio services and other sex acts which is under Mrs Megan Herman and her mental health workers which if they had ever lied to the state officers they would have committed a crimes of perjury then Mr Theodore Ted Dallas and his State officers would have to prosecute Mercy Mrs Megan Herman and her mental health workers and for crimes against person with a mental Illness, with any questions or concerns of the failures of Mr. Theodore Ted Dallas in his duty's to protect the patient's and the great state of Pennsylvania which is his job to do is to be ensure that the laws are being enforced by the office of human service,

Then Mr Thoedore Ted Dallas would have a state policy which would prohibit discrimination and lieing to any state officers who questions about misconduct by Mercy Megan Herman and her mental health workers and as the rights of his to exercise authority,

The complaint for employment discrimination

Now I have been asking for years since Mr Marc Cherna and his State officers have said they only provide for peer specialist and not for patients advocate and other jobs for the patient's, which is in violation of the Ada requirements is that some jobs can be filled with just the skills need for the job and no GED and other are not required to do the job, now would also violent the quoto requirements of the Ada to provide patient's with jobs, It would also violent the volunteer protection act of 1997 where it stated under the part of the government entities should have a social services agency, education institutions and other Civic programs, which is to service programs as a beneficiary for the patient's to become a taxpayers, and also for the mental health workers to be training as the teacher of the patient's, now I see as meaning that the mental health workers and the office of human service must obey the laws or they are acting in discrimination in division of the programs but now the court must set us done the path of the law,

Now under the 55 PA code chapter 4300- the county mental health and intellectual disability fiscal manual of 1966, which is how the county funds the programs in Allegheny county but this is in conflict with the constitution, laws and with the Ada requirements which the county has no possible way of controlling them that why Mr. Marc Cherna and his State officers set up a racket which they can do racketeering activities and make some money, and they have no abilities to exercise the authority of the state office which lead to Mercy fellatio services and Other sex acts where Mr. Marc Cherna had a choose where to do his job or take money and look the other way,

Which the state has been doing a lot of covering up to protect the state and Mr Theodore Ted Dallas inabilities of his job and the state officers who are under him,

Which only with a change of state funding to state investment we can end job discrimination in Allegheny county and put the patient's to work where we can say as Pennsylvania is doing everything in power to fix the pasted wrongs done to the patient's,

To open up the Pittsburgh office of the human service and provide jobs on equal terms to all patients who wants better than this would be the best course of action for the great state of Pennsylvania can take, since the day of liberation from mayview where they did provide jobs to the patient's to now where the out patient program's don't provide jobs to the patient's, if we are true freedom from psychiatric slavery then why isn't the state providing jobs to the patient's without being discriminated against by Mr Marc Cherna and his State officers,

The state officers are not open opportunities of jobs at human service to the patient's to fill the jobs which the county need a voice of patient to better understanding of what the patient's needs are which Mr Marc Cherna can't show how many patients over the last five years have went from treatment to a job as a full citizens rights to the patient's as a benefit to the society and be a taxpayer, as a goal of result which these standard are to be

set up from you Mr Theodore Ted Dallas and pasted down to Mr. Marc Cherna and his State officers to make it as a fact in every state funded program in Allegheny county, this is the road of the future who is willing to go down this road of opportunity and would love to give the gift of leadership and learning to all patients where the want for better is necessary skills to provide to the patient's,

So the state must chose between the speeding more money or to fix what is so wrong which if we where to work together to get the patient's motivated to became somebody with a somebodyness attitude we can fix the state budget and have more tax-payer, so the state is to end discrimination in all levels of jobs,

The workforce investment act which provides funding for training and opportunities then it create a link between employers which sets the course of the mental health programs to bring before their workforce initiative plans with the plans of the human service Mr Theodore Ted Dallas to have the plans to elevate the patient's to the workforce and then development of the treatment to work on the individual patients abilities and learning new skills need to be successful in society, under the rules of the leadership of Mr Theodore Ted Dallas to put a stong plans in place to better the great state of Pennsylvania now, not when they feel like it,

The Americans with jobs act created a new way of prohibiting discrimination in the workplace and to open jobs to more people including the mental ill, so did Mr Theodore Ted Dallas open opportunities to the patient's in the job market to include them as part of society which under the impression of all free patient's rights, did Mr Theodore Ted Dallas obey the laws,

So with this is the question of the day which I now asking,

Under the Pennsylvania patient's bill of rights said that we have a right to be able to have a patient advocate which should have a right to seek justice on behalf of the patient's which is a part of dignity and respect for all patients, which every mental health program should have a on-site patient advocate where the wrongs can be corrected as to be enforced by the state court as the way of fairness which are society believe in, so if we don't work for the right of wanting to make a better place for tomorrow we must protect are Republican democracy and not let the Lynch mob rule the day but we the people are the decision maker of the rights and the laws and it's the court who is the interpeters but this isn't true for the mental health patient, but it is my understanding of the situation of the need to put a mental health court that would hold those who are in power accountable for their actions and give the rights but to the patient's and those who opposed the patient's rights of the state constitution which is the rights under section 11 which is the guarantee of the court to be open is the law of the state,

Under Pennsylvania act 169 of 1996- which is the act for the department of human service is required by law to protect the patient's who are victims of abuse to make a report the problem then file which goes to Mr Theodore Ted Dallas then he makes a case and then can take action on any programs who are abusing the patient's and have the power to remove state funding, which is the enforcement of the 18 pa C.S.A 3121 section five which is felony rape which the office of human service has the power of reviewing any mental health workers who are report of sexual relationship or rape or how they conduct their business and have the right to seek justice on behalf of the patient's,

Then in Pennsylvania Act 13 of 1997- which is the 48 hours rule which the department of human service is to make the report of the sexual abuse, then to place that mental health worker on report and to remove them from the duties of their job until sometime as the complaint has been resolved, which is the mandatory for mental health workers who have committed any sexual abuse of any patient,

Then in Pennsylvania Act 28 of 1995- is the duty of human service to protect the patient's from the mental health workers who are neglect of the care dependent person, which any conduct of mistreatment of any of the patient it is the job of Mr Marc Cherna and his State officers to enforcement and take those mental health workers who are committing crimes against person with a mental Illness, is considered as a misdemeanor in the first degree violation of the state 18 PA C.S.A 2713 is guilty of neglect of a care dependent person who they intentionally knowingly or recklessly causes bodily injury or serious bodily injury by failing to provide treatment

of care,goods or services necessary to preserve the health, safety or welfare of a care dependent person for whom they are responsible to provide care, which is the choice of the patient's to refuse or to accept the services they want or not, which under 20 PA C.S.A chapter 54 subchapter c which is the power of the department of human service Mr Marc Cherna and his State officers to enforcement of the patient's rights and to remove the mental health workers who have done harm and to control the sexual conduct and their behavior with the mental health patients, the state officers duty's to protect the stafety and well being of and patient's in those services which are provided with state funding is the failures of doing their job and as right after the fact of a state investigation which I have never got a report of any action of the state on behalf of me which was all about Mercy fellatio services and other sex acts which now I see it as a cover up to protect Mr Marc Cherna and his State officers who are committing crimes against person with mental illness where they are profiting from as they have made themselves as being about the law which is why they have been refusing to place on site patient advocate and to open the court doors to the patient's where to correct wrongs which are being ignore by the state which I see it as a clusionary practice of Mr Marc Cherna and his State officers and Mr Gene Digirolamo and Mr Angel Cruz and then Mr Theodore Ted Dallas to bring the truthfullyness of the state mental health program's to the court is why under their statutory authority which has created the mental health court is how they conduct their business in Allegheny where the patient's who speaks out they have the power to 302 and the court has no power of reviewing of why the patient was placed in the hospital which under the power of the mental health worker can commit a psychiatric lynching of the patient's without redress from the mental health court, these conditions are violators of the state and federal laws which those in power aren't accountable for the patient's and the program's and the mental health but they committed crimes on their behalf of the state and Mr Theodore Ted Dallas, now who will make the rule of law enforcement of the state and federal government laws which govern the patient's as to the welfare and the safety of the patient's is the question which is under the impression of the laws and regulations regarding the patient's as the protected class which the law intended to send a message to the mental health workers who have been as a fact as a remedies of past wrongs and to fix future wrongs and that the court would protect the class,

Now I think the remedies for court to decide come from the fourthteenth amendment guarantee of equal protection of the law which no state can deprive any of it's citizens of life liberation and property without due process of the law, then can we say that the mental health court is to hear all cases which can bring balance to the patient's and the laws which protect them which is a good thing to do but Mr Theodore Ted Dallas and Mr Marc Cherna and his State officers have not seeing what is right and honest with hard work and filling the promise of a better way to get a hold on the control of the situation of the mental health programs and the other problem which face us today as the ways of doing business must change as a fact,

Now under the patient advocate act of 2008 which the u.s house calls h.r 7079 which the 110 Congress give the order to the secretary of health and human service to establish a new program to the training of the patient's advocate and every program who received funding is prohibit from discrimination on the way individual with disability are treated, this also helps to over came the barrier to have high quality of mental health services which is in the patient's best interest to have a on site patient Representatives to work on behalf of the patient's then if there is any legal issue the office of the patient's advocate can file for the case on behalf of the patient's which will improve the quality of the programs and the mental health workers who are part of the services which the patient get, which as I see as being the professional service which works on specialization in health care concerns of all the patient's with their lived experience which can better service the patient's of the understanding of the patient's mental Illness which is the most important thing in the patient's advocate duty's,

To protect the confidential of the communication with the patient's between the mental health workers under 42 PA C.S.A 5944, which talking about the patient's to make them feel uncomfortable or place a burden on treatment but the patient advocate can provide a code of silence where this would be the best approach to provide for the patient's to

receive the best services, which in treatment the right of communication is the key of success with the mental health workers code of ethics and to end those mental health workers who are pedophiles which I have seen those mental health workers who are motivated to their sexual desires not in making the patient's feel what they said is protect by the laws,

Now under 40 PA P.S 1171.5- is the unfair methods of competition and unfair or deceptive acts or practices is now defined as Mr Marc Cherna and his State officers who are apart of Mercy fellatio services and other sex acts where they have the practice of being very deceitful by going through the motions to said they did something for Harrisburg but never did anything but to protect the Enterprise, then they can lie about what they are already know the answer to that question then they conduct a investigation on a patient who is in treatment to protect one of their own mental health workers who is a mental health pedophile which Mr Marc Cherna and his State officers has created in Allegheny county but I have seen the problem first hand which is why I have been seeking a right of the patient advocate review of all mental health workers and the programs for the best way to resolve the matter of the office of human service which runs the criminal enterprises in which Mercy fellatio services and other sex acts are the way of how business is conduct in Allegheny county,

Without the court to redress of the grievance Mr Marc Cherna and his State officers have created a state of absolutism where there is sexual servitude where the patient's are in a state of codependent as in their treatment and have no desire to be a part of the society but are in constant phrenic of the Lost of services if they don't do what they are told to speak and act with the constant fear of being left out if they don't know their place and when mayview was closed the state created a new free soil doctrine where the patient's could go to the mental health programs without fears of the police being called then being placed in jail because they where having symptoms of mental Illness, so this is where Mr Theodore Ted Dallas has the power that he must fix the wrongs committed by any programs which subject the patient's to harsh treatment as using the police to force the power of the oligarchy's over the patient's where they can fabricate the truth where they have lied to the court then get a court order by telling about the lying about a homosexual incident which is just told the Pennsylvania court that they do committed felony rape of the patient's and what are you going to do to help us committee crimes against person with mental illness, so this is what message the Pennsylvania court has done in their own actions and their behavior with my case which I had in front of them which they where more interested in the position of sexual favor or money which Mr Marc Cherna and his State officers provide to the Pennsylvania court which the matter of law has no place but I have seen this as I have went to the court, which acts retaliation against any patient who speaks out about what they feel is a wrong they have many different method of how they deal with those patient's where they would call the police and claim that the patient is trespassing then take measure in to enforce they power over the patient's then they have used the 302 commitment of the patient's to implement their authority as being the professional masters in the mental health programs where the ability to think on your own is what the mental health court created by not allowing the challenging the license of the mental health workers as the rights of the patient's have been diminished by the lack of the enforcement of the laws which govern the patient's and now to restore the republic democracy idea of what the meaning of the constitution and the people are in charge but this isn't true with the office of human service where Mr Marc Cherna and his State officers have been treating the laws as they don't want to know what is to provide to the patient's, as we must guard anainst transgressions and malicious intended of the constitution standard which we as Americans cherish and are great devotional and love for our country which we must make a stand for what is right and honest with justice for all as a fact not when the great white leaders of human service decide to grant those rights or do I have to wait for my children's children or their children's children, it has been so long since I have had a right of choose of the services that I want but I was forced out of Mercy because I spoke the truth about Mercy fellatio services and other sex acts where the state had to do a cover up to protect the criminal enterprises and racketeering by Mr Marc Cherna and his State officers, now is the question about Mr Theodore Ted Dallas where is he when these crimes again person with a mental Illness is

happening in the Pittsburgh office of the human service and these very bad conduct of behavior by the mental health workers and the state officers,

Now under Pennsylvania act 70- the adult protective services act which is a protection of the patient's who lack the capacity to protect themselves so how could that be without having the office of the patient's advocate and without the court to hear those cases in which the state officers and the mental health workers can be holded accountable for their actions, then said it protects from exploitation and abandonment from the abusive mental health workers who are neglect in their duty's to the patient's which they are interested in the care and well being of the patient's to prevent the segregation or failure to provide the necessary services to protect the welfare and safety,

Now what is the moral support of the patient's when the office of the department of human service don't obey the laws of the state and federal constitution and the state constitution which Mr Marc Cherna and his State officers don't every said they don't know which is part of their job, so who is willing to enforce the Pennsylvania and federal laws and regulations regarding the patient's, what is the job of Mr Marc Cherna and his State officers when they don't understanding of the constitution of Pennsylvania and the mental health laws which are to protect the patient's,

Now under the rules for the patient's advocate is to fix all communications between the mental health workers and the patient's which they have had a hard time in understanding of the situation of the needs to teach the patient's how to be able to be independent and be able to think on it's own and to provide jobs and the training of the patient's, which is so important to the success of the patient's in which the state pays them to provide services not Mercy fellatio services and other sex acts which they like doing which there is no accountable and no enforcement of the state and federal laws and regulations regarding the patient's, this is where we are now what can we do to fix it and send a ✸ of hope that we do care about you and your family that mental Illness is a natural part of the patient's life,

So I have seen the great need of a patient advocate to better understand the situation of each patient to help make their life's more easy to find the best way possible where as the patient's friend and leader in the path of the mental Illness which can be difficult to deal with so it's necessary to have a patient advocate to be able to to incorporate the patient's rights and to open the communication between the mental health workers and the program's which they run, to ensure that the rights of equal value of fairness under the the laws are to be enough to be enforced as a fact,This came about when I went to the Pittsburgh office of human service and Mr Marc Cherna and his State officers said they only provide certificates for the peer specialist but not for a patient advocate, then I realized that this violent the Americans with disability Act and the other laws which govern the patient's, so for the last few years I have been treated like I am stupid they said Mr Theodore Ted Dallas allowed them to set up a program for peer specialist but refused to set up anything for the jobs for the patient's advocate which under title six of the civil Rights act of 1964 forbid the practice of discrimination in any programs which receive federal funds which means that human service cannot deny the right of the patient's advocate then it said in the Pennsylvania patient Bill of Rights said a patient has a right to be treated with respect and be intrust with a advocate of their choice then it said that the Americans with disability Act has a provision where it has a no discrimination cluse which no patient can be included from protest participating in any of the that are for the patient's, now the question is under the olstead decision where the U.S Supreme Court said a patient has a right of having services which are necessary to get better and as right of choice is what is the best way possible that the patient's can be done,

The patient advocate act of 2008 that place the patient's advocate as a key to part of the treatment of the patient's which is the best thing for bettering the state services for the patient's, without the patient's advocate is deprived the patient to the professional services which is what the state funding is intended to pay for, in are continuing quest for measuring and improvements to the access to the necessary mental health care and to open the door for better services and the best mental health workers which are the starting point for thinking about the evaluation of health care and to acceptable of the medical procedures and institutional structures and process, which under the right approach to the state to have the opportunity to work with the patient advocate to assessments of the programs which are being state funding is the question of the need to change the state funding to state investment where the patient's are to be able to be trained to go from treatment to work with the patient advocate as a result of the state inspection report of the mental health workers and the program's I have seen the problem which can be fixed with on site patient advocate for the patient's to open communication between the mental health workers and the patient's where their can be understanding of the person who has a mental Illness, under the strategies to evaluation tool as to apply to the enhancement of the process of the health care services in which the state must protect as their duty's, to the enhancement of the judgement of the mental health workers and the programs which they are apart of, I feel anything less would be unfair practice of the mental health workers and the program's which their duty to serve the patient's in the capacity of accountable for any willful or recklessly acts or negligent acts in the failures of the department of human service and Mr Theodore Ted Dallas in the basic needs of training and education of the mental health workers and the program's which the patient's are a part of which is in their inability in the enforcement of the laws, in patient safety impact is to reduce the metal health workers from Commitmenting crimes against person with mental Illness, this is to define the failures in Mr Theodore Ted Dallas and his State officers to have a action plan in place for the protect of the patient's, which in the pennhurst case which define the patient's and the duties of the state and Mr Theodore Ted Dallas and has establish a adequately requirement for the patient's in their treatment and how the mental health workers are to treat them,

Now under 42 U.S.C.A 1346r- is the mental health program must care for patients in the manner of their environment to enhancement of the quality of the life's of the patient's in the specified Rights in promote the free choice of the patient's in care of treatment 😊 as to the well being of each of the patient's which they are caring for, which also in the accommodation of needs of each patient is very different from the one another, then in the promotion of participation in the activities which are provided for them then the need of the patient's advocate is so important to have the opportunity of the best services, their methods in the way they set up the medications is now part of the system of codependent where they have been have no education of how and why it is important for them to take their medication with the right to refuse, but the responsible is upon Mr Theodore Ted Dallas and Mr Marc Cherna and his State officers where they feel their only job they have is just passing out the state funding and without no enforcement of any of the rules and laws, but the rules and regulations regarding the patient's must be enforced or this can be considered as a miscarriage of justice by the office of human service and Mr Theodore Ted Dallas which is being incorrect or inappropriate of behavior of the office which he represents and the state officers under him, now the important of the on site patient advocate in every program is a state interest to end all forms of the codependent system which Mr Marc Cherna has created, which under the goal for creating a state of independent where the want for a job isn't forgot, now with these procedural safeguard in place by the requirements of law the question is Mr Theodore Ted Dallas and his State officers compliance with the laws which govern the patient's, the set of facts about Mr Theodore Ted Dallas and his State officers they believe that they are about them and feel like anyone who challenge their authority is considered as the enemy with no rights which they are bound to respect of the mental health patients, give the knowledge of the circumstances of the patient's and for the need for patients advocate with regards to the quaily of the mental health workers and the mental health programs as now in the state of codependent system where the ability to think on your own but in the job security of the mental health workers without updating the metal health programs services and the groups and other such activities which the patient's are apart of, which a job training program is necessary for the patient's to be full

citizens rights as being apart of the community and to end the state of codependent as well as the criminal enterprises and the activities which they use the patient's as job security not to better the patient's which is in the failures of Mr Theodore Ted Dallas and his State officers only thu the training of the patient's to get job's we have falled are job in the duty's to the state and to the tax payers for turning state funding into a joke that why we need to change the state funding to state investment where the patient's are the investment, only in this way we can say that we did are best to fix the state budget by turning patients into taxpayers which would place the responsible of training the patients to be able to make a better tomorrow for themselves, in the great hope of being a responsible patient I wish the best for the other patients in the opportunity to be able to get job's, with the mental health workers as the teacher of the patient's to show them how to do the job but only if they just need but now we can estimate that around one third of the patient's could work but Mr Marc Cherna and his State officers only provide job opportunities for peer specialist and everyone is exclude from the opportunity to work, with the performance of life activity in the workplace is a part of treatment 😊 as a right of the patient's to learn new things, it makes no sense to me that the Pittsburgh office of the human service to discrimination in job opportunity for the patient's in

the mental health programs when they don't provide job training for all patients on equal terms as a fact, under the historical discussion about the mental health patients would always be under the eugentics measures to control reproduction then the forced institutionalization then is it to much now to ask the state to provide jobs for all patients and to open those opportunities as a fact, which now under the equal protection clause of the fourteenth amendment commands the state shall not deny to any person within its jurisdiction the equal protection of the laws, now the state and federal government have committed themselves to the assisting of the patient's in all areas of their life's, now under the rights of the patient's regarding their variations of ability which is the starting point for job training for all patients on equal terms,

Second that the patient's have been subject to a lengthy and tragic history of segregation and discrimination that can only be grotesque, during much or the 19th century the patient's where viewed as neither curable nor dangerous but the patient's were largely left to their own devices, by the latter part of the century and during the first decades of the new one when social views of the patient's underwent a radical transformation which was the fuel which give rising tide to the idea of social Darwinism then came the science of the eugentics which was the xenophobia of those years which at that time the leading medical authorities and other began to the portray the patient's as being feeble minded which they feeled the patient's where a menace to society and civilization and are responsible in a large degree for many of the problems, which was under the regime of state mandated segregation and degradation which had emerged of are social problem that in it's virulence and bigotry and indeed paralleled the worst excesses of Jim Crow which was under the massive custodial institutions were we where warehouse for life because we have suffering from a mental Illness, which under the state aim was to halt the reproduction of the patient's and to nearly extinguish their race, but all of this was based on false stereotype of the patient's as being unfit for citizenship,

Now it's one thing for the state liberated the patient's from psychiatric slavery to the position of citizenship but then can we say that the state was honestly fair with the patient's without giving the opportunity to work but never give the patient's the opportunity to know how to live in the community with metal health workers as the teacher of the patient's which by the way must patient's don't understand how to take care of themselves because the state always provide hospital for them to be taking care of which is why must patients don't understand how to do housekeeping which is why we need teacher just to understand each patient's needs are different, this is where Mr. Marc Cherna and his State officers failures is and why the remove is so important so we have mental health workers who understands of mental Illness but I have seen them joke and make fun of the patient's,

Complain and request for injunction

Second complaint of violation of civil rights

Now what ( HUD) the U.S. department housing and Urban development created their smoking policy in which they intend to make the citizens to be obedience to their rules, but their power comes from Congress power of to make laws on interstate commerce but as I know it they never had passed any law which would banned everyone from smoking in their apartment or their own homes because it would be considered a check board rule which the enforcement would create to many cases which can be claims of the act is unconstitutional which the court would strike down the law as Congress over stepped it's authority because a person in their own homes or apartment has it has nothing to do with interstate commerce and that would be under the rules of the laws,

- Now I need to know where is the statutory authority which would be considered by Congress by banning everyone from smoking in their apartment or homes but that old uncle Tom Mr. Ben Carson who is more then eager to please president master Trump?
- The U.S AND THE PENNSYLVANIA  CONSTITUTION

Under the first amendment the right of the people to freedom of assembly where a tenant can have a right to be let alone while they are in their apartment or homes then in the third amendment the intent of the founding fathers was to protect the home as a fact which is Incorporated in the ninth amendment as being the private rights,

Then under the tenth amendment call for local autonomy which is the State government which has the right to make and enforce its own laws without intrusion from the federal government in the citizens rights of the state which they reside in then deny the Pennsylvania constitution article ten which said that all business in the state of Pennsylvania must obey the state constitution where the business are to obey the laws and regulations of the state and to respect the rights of the citizens of their Pennsylvania citizenship rights which the state has a obligated to protect what every the citizens sensations might be,

Now under the fourthteenth amendment is under title six of the civil Rights act of 1964 which there is no discrimination in any of the federal funding programs which HUD create a discrimination in their programs by the creating the smoking policy where they can eviction on the grounds for just for being a smoke which I have experienced on a first hand basic when I was told by the landlord that now HUD has a smoking policy she has the power to make me homeless if I didn't obey HUD smoking policy which she took me to court and tried to eviction me and she had returned my rent to me because she want to make a example out of me for the sole purpose because when I had moved in I was allowed to smoke then HUD for years now has a Jim Crow system which is on their drug policy which they incorporated into their smoking policy where every if a tenant who by law is in good standing which means that if you are a good at paying your rent that the landlord still can make you sign the smoking policy which I went to neighborhood legal services which went before the court which I was made under mental duress which I was made sign a descent decree where the landlord was going to make me homeless for the fact that I am a smoker not for failure to pay rent,

Then about five months later the landlord came back at me saying that I owed for late fees on the rent which she returned to me then she said that I was a month behind in rent then she said that I owed her for legal fees which she was going to make me pay, so reluctantly payed for the rent but refused to pay any other coast, it was in the middle of the month which I didn't have the money to pay for the rent but I would pay on the third of the next month which I went to neighborhood legal services and told them what I would do, but the landlord went to the magistrate office and filled her case which she claimed that I had failed to pay rent, so on the third of the month I had payed my rent then I tried to make the legal argument of the descent decree where it every said anything about anything

about if owed rent and that I have all my rent receipt which with the assistance of her lawyer to lie and manipulate the because I suffer from a mental Illness which the magistrate refused to every look at the rent receipt but issued a repossession order for the failure to pay rent but she was going to make pay for her legal fees where in are great state of Pennsylvania the law give you 30th days for fees which I had made copy's of my rent receipt which I had to file for a late appeal which the court told me that the landlord would have to show the rent I owed all they had was legal fees which they where going to make me pay, now Mrs. Barbara Kern my lawyer from neighborhood legal services she told me that she wanted me to go to court and do my own case but the court told me they want Mrs. Barbara Kern to be in court and to write the appeal which she did show up for the court but she didn't write the appeal which I feel this is a wrong,

Now for over few years now the landlord with the permission of HUD they would go into my apartment when I would go out for the day and they never give me a 24 hour notice, which is under HUD policy to get tough on black people or better know as their drug policy which they grant the landlord to investigate tenants who are considered as a drug dealer or something to do with drugs, so in there enforcement HUD has committed a constitutional felony violent of the fourth amendment which they have the landlord to commit a trespass without the 24 hour notice they have committed a criminal act which is part of the reason why they is a need to teach the magistrate what the law is, when I was at the magistrate office the landlord had show him picture of my apartment when I was home and they told him they wait for me to go out so they can go into my apartment, which I told the magistrate all about Pennsylvania tort law of intrusion upon solution which is the law then it's incorporated into the fourth amendment to protect tenants from the landlord from going into my apartment when I'm not home,

The acts of the landlord is abuse of their discretion to enforce the HUD drug policy which I don't every use drugs but they had treate me that way,  but in the creating the smoking policy they have set up a new standard to discrimination anainst the black the mental ill and other who don't fit their standard of living, where I am a great at paying my rent which I feel this is my right of privacy but when I moved in I was allowed to smoke in my apartment now how can HUD make the tenants became nonsmoker and where is the where every American cannot smoke in their or is this just a Jim Crow law which HUD had created to keep the poor and black in their place of inequalities and at the bottom of the food chain where they can do harassment and be able to stay in your personal business where you could be guilty by sniff if you smoke in your apartment then they could do eviction on the basic solely on the grounds that you're a smoker but is this what the laws wants for are citizens,

To end the discrimination on the mental ill and black people who live in HUD housing just for the of being poor, and to place any burden on a person who is just poor is wrong if the means don't meet the crime now if their only reason is that a person is a smoker but it's not dealing drugs that is how they conduct and towards a person who is just a smokers are treated like, so to end the just policy,


To finish with a fact of the matter of the office of the human service jobs discrimination policy on the patient's by just providing for peer specialist and no other jobs which the state of Pennsylvania has discrimination and harrassment of the protect class which the patient's are, then title 7 of the 1964 cvil rights act, to open opportunities to every patient to have a right to seek for bettering themselves which as the duty of human service and Mr Marc Cherna and his State officers to enforcement of fairness and honest with love for our welfare as them to open the office of the patient's advocate would be considered a good first step which we can work together to get job's and place the as being a state investment where the patient's can became taxpayers and we can make Pennsylvania to get great as a fact that as a goal to educate the state officers in the law in a better way to protect the patient's as their duty, so what did Mr Theodore Ted Dallas do to protect the patient's as a fact,

Certificate of Service

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) (via electronically) on all parties of record in this cause, this ____ day of ____, 20__

Signature