# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JAMES ACKERMAN, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>TED DALLAS, et al., )<br>)<br>Defendants. ) | Civil Action No. 18-1169<br>Judge Nora Barry Fischer<br>Magistrate Judge Cynthia Reed Eddy |

## **ORDER OF COURT**

AND NOW, this 11th day of October, after a Report and Recommendation was filed by Magistrate Judge Cynthia Reed Eddy on September 17, 2018, (Docket No. [4]), recommending that Plaintiff's Complaint be dismissed as frivolous pursuant to the screening provisions of 28 U.S.C. § 1915(e)(2), and, as a non-electronically registered party, Plaintiff was provided until October 4, 2018 to file written objections thereto, and no such objections having been filed as of this date, and upon independent review of the record, and upon consideration of Magistrate Judge Eddy's Report and Recommendation, (Docket No. [4]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint [3] is dismissed, with prejudice, as frivolous pursuant to the screening provisions of 28 U.S.C. § 1915(e)(2);

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Pittsburgh, PA, within thirty (30) days.

*s/ Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf: Magistrate Judge Cynthia Reed Eddy

cc: William James Ackerman
200 Knoedler Road
Apartment 912
Pittsburgh, PA 15236
(regular and certified mail)